UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARIO K. WOOD,

                Plaintiff,

v.                                                                  Case No. 20-cv-1336-bhl

MARY BEHRENDT, et al.,

                Defendants.

## DECISION AND ORDER

Plaintiff Mario Wood, who is incarcerated at the Green Bay Correctional Institution, is representing himself in this 42 U.S.C. §1983 action. On November 16, 2020, the Court allowed him to proceed, in part, on claims against a Jane Doe Defendant. Dkt. No. 10. On January 19, 2021, the Court ordered Wood to identify the Doe by April 19, 2021. Dkt. No. 16 at 1-2. The Court warned him that, if he did "not identify the name of the Doe defendant (or explain to the Court why he is unable to do so)" by the deadline, his claims against the Doe could be dismissed.

Wood's deadline to identify the Doe passed weeks ago, and he neither identified the Doe nor notified the Court that he was unable to do so. Allowing Wood more time to identify the Doe would delay the resolution of this case and potentially prejudice the named defendants. Accordingly, the Court will dismiss Wood's claims against the Doe based on his failure to comply with the Court's order.

        **IT IS THEREFORE ORDERED** that Wood's claims against Jane Doe are **DISMISSED**.

Dated at Milwaukee, Wisconsin this 18th day of May, 2021.

                                              BY THE COURT:

                                              s/ *Brett H. Ludwig*
                                              BRETT H. LUDWIG
                                              United States District Judge